Argued and submitted May 18, remanded in part and otherwise affirmed on appeal
and cross-appeal July 12, 1995

In the Matter of the Marriage of

William Jerry WESLEY,
*Appellant - Cross-Respondent,*
*and*

Linda Claire Stafford WESLEY,
*Respondent - Cross-Appellant.*

·(88-2411-D-3; CA A85497)

898 P2d 262

Thomas C. Howser argued the cause for appellant - cross-respondent. On the briefs were Scott A. Norris and Howser & Munsell, P.C.

Christine Sanz argued the cause and filed the brief for respondent - cross-appellant.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

**PER CURIAM**

This appeal is the second arising from the August 1989 dissolution of the parties' 22-year marriage. In father's first appeal, we entered a spousal support award of $50 per month and remanded for recalculation of child support. *Wesley and Wesley*, 125 Or App 128, 865 P2d 432 (1993). Before reconsideration on remand, mother moved to modify spousal and child support as of January 3, 1994. The trial court heard both the remand and mother's motion at the same time. On the remand, the court found that father's presumed child support amount had not been rebutted under the guidelines. On mother's motion, the trial court awarded $704 per month in child support and $500 per month spousal support. Father appeals from the order on mother's motion; mother cross-appeals from the order on remand and the order on her motion.

Only one of the parties' assignments of error requires discussion. Both argue that the trial court erred in not including interest and dividends in gross income for purposes of calculating child support on mother's motion. That is correct. Gross income includes pensions, dividends and interest income. OAR 137-50-340.

On appeal and cross-appeal, order on mother's motion for modification remanded for recalculation of child support; otherwise affirmed. No costs to either party.